IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERMELINDA ROBLES, | : | NO. 2:06-cv-488-TON |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | |
| Commissioner of Social Security, | : | |
| Defendant | : | |

ORDER

AND NOW, this 28th day of November, 2006, it is hereby ORDERED, as follows:

1. The Report and Recommendation of Chief United States Magistrate Judge Charles B. Smith dated October 31, 2006, is APPROVED and ADOPTED;

2. The Plaintiff's Request for Review is GRANTED;

3. The final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under Title II of the Social Security Act is REVERSED; and

4. The matter is REMANDED to the Commissioner for a calculation of benefits.

It is so ORDERED.

BY THE COURT:

__s/Thomas N. O'Neill, Jr._____
THOMAS N. O'NEILL, JR. J.